UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

TIMOTHY SCHUMANN,                                  Civil No. 06-2209 (PAM/JSM)

    Petitioner,

v.                                                 **ORDER**

UNITED STATES OF AMERICA

    Respondent.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated July 13, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED:

1. Petitioner's application to proceed in forma pauperis, (Docket No. 3) is denied; and

2. This action is summarily DISMISSED WITHOUT PREJUDICE.

Dated: August 7, 2006

                                     s/ Paul A. Magnuson
                                     PAUL A. MAGNUSON
                                     United States District Court Judge